**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **INTERCARATS, LLC** | |
| Plaintiff, | Civil Action No.: 2:15-cv-42 |
| v. | |
| **UNITED PARCEL SERVICE, INC.,** | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Please take notice that the Parties have amicably resolved this matter. A Dismissal Order, with prejudice, will be submitted by the parties no later than September 15, 2015.

Dated: September 2, 2015              Respectfully submitted,

                                                  **INTERCARATS, LLC**

                                                  By: /s/ Ronald J. Guillot, Jr.
                                                            Counsel

Ronald J. Guillot, Jr., Esquire (VSB#72153)
Kimberly E. Hartin, Esquire (VSB #78476)
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
(757) 490-9284 (Office)
(757) 337-2814 (Facsimile)
rguillot@siwpc.com
khartin@siwpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2015, I caused to be filed via CM/ECF a true and accurate copy of the foregoing upon the following counsel of record:

John T. Husk, Esq.
Jeffrey E. Cox, Esq.
Law Office of Seaton & Husk, L.P.
2240 Gallows Road
Vienna, Virginia 22182
*Counsel for Defendant*

Thomas C. Martin, Esq. (*pro hac vice*)
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
201-343-5001
Tmartin@nakblaw.com
*Co-counsel for Defendant*

By: /s/ Ronald J. Guillot, Jr.
Ronald J. Guillot, Jr., Esquire (VSB#72153)
Kimberly E. Hartin, Esquire (VSB #78476)
SAMUEL I. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
(757) 490-9284 (Office)
(757) 337-2814 (Facsimile)
rguillot@siwpc.com
khartin@siwpc.com